Electronically Filed - Jackson - Kansas City - March 09, 2020 - 11:08 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI,
AT KANSAS CITY, MISSOURI

DEBORAH J GRIMM ) 
915    Blueberry Lane )
Liberty, Missouri 64068 )
)
       Plaintiff, )
)
    vs. )   Case No.
)
P&S TRANSPORTATION, LLC. )
1810 Avenue C )
Birmingham, Alabama 35208 )
)
SERVE:    Registered Agent )
        Corporation Service Company Inc. )
        641 South Lawrence Street )
        Montgomery, Alabama 36104 )
)
and )
)
DALE E. THOMPSON )
427 County Road 2130 )
Quitman, Texas 75783 )
)
       Defendants. )

SERVE BY SPECIAL PROCESS SERVER

<u>PETITION FOR DAMAGES (TE)</u>

      COMES NOW Plaintiff Deborah J. Grimm and for her cause against Defendants

P&S Transportation, LLC. and Dale E. Thompson states as follows:

1. Plaintiff is a resident of Clay County, Missouri

2. Defendant P&S Transportation, LLC. (hereinafter referred to as "P&S") is a

     foreign limited liability corporation engaged in the business of flatbed truckload

EXHIBIT A

transportation and logistics, and is subject to the jurisdiction of this court pursuant to § 506.500 RSMo. and can be served as indicated in the above caption.

3. Defendant Dale E. Thompson (hereinafter referred to as "Thompson") is an individual residing in Wood County, Texas, who may be served with process by leaving a copy of the Petition and Summons at his residence as indicated in the above caption. Defendant Thompson is subject to the jurisdiction of this court pursuant to § 506.500 RSMo.

4. At all times material hereto, Defendant Thompson was an agent, servant, and/or employee of Defendant P&S.

5. At all times material hereto, Defendant Thompson was acting within the course and scope of his employment with Defendant P&S.

6. The claim herein arose in Jackson County, Missouri.

7. At all times material hereto, Interstate 35/US 71 South was and is an open and public highway in Jackson County, Missouri.

8. On or about September 2, 2015 and at all times material hereto, plaintiff was operating a sports utility vehicle southbound on Interstate 35/US 71 South slowing down for traffic ahead just south of the 11th Street exist and north of the exit to Interstate 670.

9. On or about September 22, 2015 Defendant Thompson was operating a commercial truck travelling southbound on Interstate 35/US 71 South, and negligently collided with the rear of plaintiff's vehicle, causing plaintiff's vehicle to collide with a vehicle immediately in front of it.

10. At the above-mentioned time and place, Defendant Thompson, in addition to negligently colliding with the rear of plaintiff's vehicle, operated his truck negligently, including but not limited to the follow respects:

    a. Defendant Thompson failed to observe and comply with the rules of the road pursuant to § 304.014 RSMo.

    b. Defendant Thompson negligently failed to exercise the highest degree of care to keep a lookout to the front so as to discover plaintiff's vehicle before colliding with it.

    c. Defendant Thompson negligently failed to sound a warning of his approach, to slacken his speed, to swerve, or stop before colliding with plaintiff's vehicle.

    d. Defendant Thompson negligently overtook and collided with plaintiff's vehicle from the rear.

    e. Defendant Thompson negligently and carelessly drove at speed which made it impossible for him to stop his truck within the range of visibility.

    f. Defendant Thompson negligently and carelessly failed to maintain his truck under proper control.

    g. Defendant Thompson negligently and carelessly followed plaintiff's vehicle too closely.

    h. Defendant Thompson negligently and carelessly failed to make timely or any application of his brakes when by so doing he could have avoided the collision.

11. As a direct and proximate result of Defendant Thompson's negligence as described herein, plaintiff has suffered permanent and progressive injuries which include but are not limited to injuries to her neck, back, head, knees, arms, and shoulders.

12. The collision directly caused or directly contributed to cause plaintiff to obtain the services of healthcare providers.

13. The collision directly caused or directly contributed to cause plaintiff to require prescription drugs, over the counter medications, diagnostic testing, and other healthcare treatment.

14. The collision directly caused or directly contributed to cause plaintiff to incur bills for healthcare providers and treatment to date.

15. In the future the collision will cause or contribute to cause plaintiff to incur bills for healthcare providers and treatment.

16. As a result of Defendant Thompson's conduct as described herein, plaintiff has suffered damages in the form of bodily pain, limited mobility, humiliation, mental anguish, and loss of natural sleep and rest. Plaintiff will continue to suffer in the future and lose sleep and rest and all of the plaintiff's damages are permanent and progressive in nature.

WHEREFORE, Plaintiff Deborah J. Grimm prays for judgment against all Defendants named above, each of them jointly and severally, for damage in an amount that is fair and reasonable, and in excess of $25,000, together with her costs and interest and such other and further relief as the court deems just and proper.

**LAW OFFICE OF DONALD PETTY**

/s/ Donald W. Petty
Donald W. Petty #26830
Julie R. Cooper #24552
14 South Main Street
Liberty, MO 64068
Telephone:  (816) 792-4400
Telecopier:  (816) 792-1817
E-mail:  don.petty.law@gmail.com
E-mail:  julie.cooper.law@gmail.com


**BOSLER LAW FIRM, PC**

/s/ Timothy H. Bosler Jr.
Timothy H. Bosler #23442
Timothy H. Bosler Jr. #57846
14 South Main Street
Liberty, MO 64068
Telephone:  (816) 781-0085
Telecopier:  (816) 792-1817
E-mail:  bosler@greenhills.net


**ATTORNEYS FOR PLAINTIFF**

Electronically Filed - Jackson - Kansas City - March 09, 2020 - 11:08 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI,
AT KANSAS CITY, MISSOURI

| | | |
|---|---|---|
| DEBORAH J GRIMM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| P&S TRANSPORTATION, LLC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. THOMPSON | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF APPEARANCE
AND DESIGNATION OF LEAD COUNSEL

COMES NOW Donald W. Petty, authorized to practice law before this Court, and

pursuant to Sixteenth Judicial Circuit Local Rule 3.5 and Missouri Rules of Civil Procedure

55.03 of this Court, and herewith makes his entry of appearance and designation of lead counsel

for Deborah J. Grimm.

**LAW OFFICE OF DONALD PETTY**

By: _/s/ Donald W. Petty_
           Donald W. Petty #26830
           14 South Main Street
           Liberty, MO 64068
           Telephone: (816) 792-4400
           Telecopier: (816) 792-1817
           E-mail: don.petty.law@gmail.com

Electronically Filed - Jackson - Kansas City - March 09, 2020 - 11:08 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI,
AT KANSAS CITY, MISSOURI

DEBORAH J GRIMM )
)
        Plaintiff, )
)
vs. )    Case No.
)
P&S TRANSPORTATION, LLC. )
)
and )
)
DALE E. THOMPSON )
)
Defendants. )

ENTRY OF APPEARANCE

COMES NOW Julie R. Cooper, authorized to practice law before this Court, and

pursuant to Sixteenth Judicial Circuit Local Rule 3.5 and Missouri Rules of Civil Procedure

55.03 of this Court, and herewith makes her entry of appearance for Deborah J. Grimm.

By:   /s/ Julie R. Cooper
          Julie R. Cooper #24552
          14 South Main Street
          Liberty, MO 64068
          Telephone: (816) 792-4400
          Telecopier: (816) 792-1817
          E-mail: julie.cooper.law@gmail.com

Electronically Filed - Jackson - Kansas City - March 09, 2020 - 11:08 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI,
AT KANSAS CITY, MISSOURI

| | | |
|---|---|---|
| DEBORAH J GRIMM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| P&S TRANSPORTATION, LLC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. THOMPSON | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF APPEARANCE

COMES NOW Timothy H. Bosler, Jr., authorized to practice law before this Court, and

pursuant to Sixteenth Judicial Circuit Local Rule 3.5 and Missouri Rules of Civil Procedure

55.03 of this Court, and herewith makes his entry of appearance for Deborah J. Grimm.

**BOSLER LAW FIRM, PC**

 /s/ Timothy H. Bosler Jr.
Timothy H. Bosler #23442
Timothy H. Bosler Jr. #57846
14 South Main Street
Liberty, MO 64068
Telephone:  (816) 781-0085
Telecopier:  (816) 792-1817
E-mail:  bosler@greenhills.net

Electronically Filed - Jackson - Kansas City - March 09, 2020 - 11:08 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI,
AT KANSAS CITY, MISSOURI

| | | |
|---|---|---|
| DEBORAH J GRIMM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| P&S TRANSPORTATION, LLC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DALE E. THOMPSON | ) | |
| | ) | |
| Defendants. | ) | |

<u>CERTIFICATE OF FILING</u>

I hereby certify that the original and a copy, along with a disc in Word of The Plaintiff's

First Interrogatories to Defendant, and the Plaintiff's Request for Production of Documents and

Things were served with the Petition for Damages, along with a copy of the foregoing.

**LAW OFFICE OF DONALD PETTY**

By:    /s/ Donald W. Petty
        Donald W. Petty #26830
        Julie R. Cooper #24552
        14 South Main Street
        Liberty, MO 64068
        Telephone:  (816) 792-4400
        Telecopier:  (816) 792-1817
        E-mail:  don.petty.law@gmail.com
        E-mail:  julie.cooper.law@gmail.com

**BOSLER LAW FIRM, PC**

By:   /s/ Timothy H. Bosler Jr.
      Timothy H. Bosler #23442
      Timothy H. Bosler Jr. #57846
      14 South Main Street
      Liberty, MO 64068
      Telephone:  (816) 781-0085
      Telecopier:  (816) 792-1817
      E-mail:  bosler@greenhills.net

**ATTORNEYS FOR PLAINTIFF**



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2016-CV08589 |
| Plaintiff/Petitioner:<br>DEBORAH GRIMM<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JULIE R COOPER<br>14 SOUTH MAIN<br>LIBERTY, MO 64068 |
| Defendant/Respondent:<br>P&S TRANSPORTATION, LLC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **P&S TRANSPORTATION, LLC**
**Alias:**
RA: CORPORATION SERVICE CO
641 S LAWRENCE ST
MONTGOMERY, AL 36104

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

11-MAR-2020
Date

_____
Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.

*(Seal)*          ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| **Service Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

Revised 7/3/13                    Service Information - Attorney



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2016-CV08589 |
| Plaintiff/Petitioner:<br>DEBORAH GRIMM<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JULIE R COOPER<br>14 SOUTH MAIN<br>LIBERTY, MO 64068 |
| Defendant/Respondent:<br>P&S TRANSPORTATION, LLC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **DALE E THOMPSON**
           **Alias:**

**427 COUNTY ROAD 2130**
**QUITMAN, TX 75783**

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

<u>11-MAR-2020</u>
Date                                        Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

        **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                ☐ the judge of the court of which affiant is an officer.
*(Seal)*            ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ (_____ miles @ $ _____ per mile) |
| **Total** | $ _____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 20-SMOS-210** 1 of 2 **(2016-CV08589)**    Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:20-cv-00301-DGK   Document 1-1   Filed 04/16/20   Page 14 of 21

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States.  If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

Revised 7/3/13                    Service Information - Attorney



**IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI** RECEIVED
WOOD COUNTY
SHERIFF DEPT.

20 MAR 16 PM 2:48

| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2016-CV08589 |
|---|---|
| Plaintiff/Petitioner:<br>DEBORAH GRIMM<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JULIE R COOPER<br>14 SOUTH MAIN<br>LIBERTY, MO 64068 |
| Defendant/Respondent:<br>P&S TRANSPORTATION, LLC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: DALE E THOMPSON
    **Alias:**

427 COUNTY ROAD 2130
QUITMAN, TX 75783

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

<u>11-MAR-2020</u>
Date

Further Information:

_____ Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is <u>Civil Deputy</u> of <u>Wood</u> County, <u>Texas</u> (state).
3. I have served the above summons by: (check one)
   - [x] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - [ ] other (describe)

Served at <u>427 CR 2130 Quitman, Tx 75783</u> (address)
in <u>Wood</u> County, <u>Texas</u> (state), on <u>March 20, 2020</u> (date) at <u>2:24 pm</u> (time).
<u>Bonnie Sepulvado</u>                          <u>Bonnie Sepulvado</u>
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To** me before this <u>20th</u> (day) <u>March</u> (month) <u>2020</u> (year)

LORI BENTLEY
Notary Public
STATE OF TEXAS
ID#599398-1
My Comm. Exp. Jan. 24, 2021

(_____ check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [x] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths. (use for court-appointed server)

<u>Lori Bentley · Notary Public</u>
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ 100.00 |
| Non Est | $ |
| Mileage | $ — ( _____ miles @ $ _____ per mile) |
| **Total** | $ 100.00 — PAID |

See the following page for directions to clerk and to officer making return on service of summons.

## IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2016-CV08589 |
| Plaintiff/Petitioner:<br>DEBORAH GRIMM | Plaintiff's/Petitioner's Attorney/Address:<br>JULIE R COOPER<br>14 SOUTH MAIN<br>LIBERTY, MO 64068 |
| vs. | |
| Defendant/Respondent:<br>P&S TRANSPORTATION, LLC | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: P&S TRANSPORTATION, LLC
                         **Alias:**
RA: CORPORATION SERVICE CO
641 S LAWRENCE ST
MONTGOMERY, AL 36104

**COURT SEAL OF**

**JACKSON COUNTY**

    You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

<u>11-MAR-2020</u>
Date                                Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _Kelly Webster_ (name) _Legal Resp_ (title).
   ☐ other (describe)

Served at _041 South Lawrence St,_ (address)
in _Montgomery_ County, _Alabama_ (state), on _3-17-20_ (date) at _10:15 am_ (time).

_Jerome Dawell_
Printed Name of Sheriff or Server               Signature of Sheriff or Server

Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons.<br>                     (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

                                           Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

2016CV08589



OSCA (8/2018) S                                                     Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo
CORP SERVICE CO                     Wit

Electronically Filed - Jackson - Kansas City - April 03, 2020 - 11:37 AM

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**DEBORAH GRIMM**,

                    **PLAINTIFF(S),**                    **CASE NO.** 2016-CV08589
**VS.**                                                   **DIVISION 4**


**P&S TRANSPORTATION, LLC**, **ET AL**


**DEFENDANT(S).**


## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

_____

     NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JUSTINE E DEL MURO** on **10-JUL-2020** in **DIVISION 4** at **08:30 AM**.  All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

     A lead attorney of record must be designated for each party as required by Local Rule 3.5.1.  A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS.  Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

     At the Case Management Conference, counsel should be prepared to address at least the following:

     a.      A trial setting;

     b.      Expert Witness Disclosure Cutoff Date;

     c.      A schedule for the orderly preparation of the case for trial;

     d.      Any issues which require input or action by the Court;

     e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ JUSTINE E DEL MURO
JUSTINE E DEL MURO, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
DONALD WAYNE PETTY, 14 SOUTH MAIN, LIBERTY, MO 64068

JULIE R COOPER, 14 SOUTH MAIN, LIBERTY, MO 64068

Defendant(s):
 P&S TRANSPORTATION, LLC
DALE E THOMPSON

 Dated:  11-MAR-2020

MARY A. MARQUEZ
Court Administrator