IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEBORAH J. GRIMM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:20-cv-00301-DGK |
| § | |
| P&S TRANSPORTATION, LLC; § | |
| BLAIR LOGISTICS, LLC; and § | |
| DALE E. THOMPSON; § | |
| § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

COMES NOW, the parties, plaintiff, Deborah Grimm and defendant, Blair Logistics, LLC, by and through their respective counsel, and in light of the settlement agreement reached between the parties, stipulate to the dismissal of this action *with prejudice*, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

BOSLER LAW FIRM, P.C.

By_____*/s/ Timothy H. Bosler, Jr.*_____
Timothy H. Bosler  MO #23442
Timothy H. Bosler, Jr.  MO #57846
14 South Main Street
Liberty, MO  64068
(816) 781- 0085  Fax: (816) 792-1817
*bosler@greenhills.net*

ATTORNEYS FOR PLAINTIFF

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.

By_____*/s/ Michael J. Judy*_____
Michael J. Judy          MO #58691
Benjamin J. Stringer     MO #71195
4420 Madison Avenue, Suite 200
Kansas City, MO  64111
(816) 931-2700  Fax: (816) 931-7377
*mjudy@dysarttaylor.com*
*bstringer@dysarttaylor.com*

ATTORNEYS FOR DEFENDANTS
P&S TRANSPORTATION, LLC;
BLAIR LOGISTICS, LLC AND
DALE THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, a true copy of the foregoing document was filed via the Court's electronic filing system, which will transmit notice of said filing via electronic mail to counsel of record as follows:

Timothy H. Bosler
Timothy H. Bosler, Jr.
Bosler Law Firm, PC
14 South Main Street
Liberty, MO 64068
*bosler@greenhills.net*

                                                       */s/ Michael J. Judy*
                                                       Michael J. Judy